IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00470-GCM

| JOHN JERMAINE BECKHAM, | ) | |
|---|---|---|
| **Plaintiffs,** | ) | |
| v. | ) | **ORDER** |
| USA, | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the court on the Petitioner's Motion to Stay Consideration of his Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255. (Doc. No. 2) Having considered such motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion to Stay (Doc. No. 2) is **GRANTED**, and this matter is **STAYED** pending resolution of petitioner's Motion for Leave to File a Second or Successive Petition before the Court of Appeals for the Fourth Circuit.

This stay shall dissolve without further Order when counsel for petitioner files either a Motion for Entry of Screening Order or a Notice of Voluntary Dismissal, and such shall be filed promptly after the Fourth Circuit issues its determination.

Signed: June 24, 2016

Graham C. Mullen
United States District Judge